UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DANA L. FAUGHT, | ) | |
| | ) | |
| Plaintiff, | ) | Notice of Removal from the Law |
| | ) | Division of Cook County, Illinois |
| v. | ) | |
| | ) | COOK COUNTY, ILLINOIS |
| STEVE PULVER, PULVERS TRANSPORT, INC. | ) | LAW DIVISION |
| and PULVERS FINE FOODS, INC., | ) | Case No. 15-L-7190 |
| | ) | |
| Defendant (s). | ) | |

## DEFENDANTS' NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1441 *et seq*., Defendants, GLENN STEVEN PULVER, PULVER'S TRANSPORT, INC., and PULVER'S FINE FOODS, INC., by and through its attorneys, Steven M. Shear and Sarah K. Lickus of THE GLOOR LAW GROUP, LLC, hereby remove the case described below to the Unites States District Court for the Northern District of Illinois on the following grounds:

1.   On July 15, 2015, Plaintiff, Dana L. Faught, filed her Complaint in the Law Division of the Circuit Court of Cook County, Illinois.  The Complaint was assigned Case No. 15-L-7190.  A true and correct copy of the Summons and Complaint is attached hereto as Exhibit 1.  A true and correct copy of the Clerk of the Circuit Court of Cook County Case Information Summary for Case No. 15-L-7190 is attached hereto as Exhibit 2.

2.   The first date upon which Defendants, GLENN STEVEN PULVER, PULVER'S TRANSPORT, INC. and PULVER'S FINE FOODS, INC., were served a copy of the Complaint was July 15, 2015, when the Secretary of State of Illinois was served with a copy of the Complaint.

3. This Notice of Removal is filed within thirty (30) days after Defendants, GLENN STEVEN PULVER, PULVER'S TRANSPORT, INC. and PULVER'S FINE FOODS, INC., first receipt of the Complaint, which is the initial pleading setting forth the claims for relief upon which this action is based.

**DIVERSITY JURISDICTION**

4. This matter is properly removable pursuant to 28 U.S.C. § 1332, 1441 and 1446, as this Court has jurisdiction over this case based on diversity of citizenship of the parties.

5. Defendants, GLENN STEVEN PULVER, PULVER'S TRANSPORT, INC. and PULVER'S FINE FOODS, INC., are informed and believe that Plaintiff, DANA L. FAUGHT, was at the time of the filing of the Complaint, and still is, a citizen of the State of Illinois.

6. GLENN STEVEN PULVER, was at all relevant times, a resident and citizen of the State of Florida. (Pulver affidavit, attached as Ex. 3).

7. PULVER'S TRANSPORT, was at the time of the filing of the Complaint, and still is, a citizen of the State of Florida. PULVER'S TRANSPORT, is a privately held Florida corporation with no parent corporation having a 10% or more ownership interest. PULVER'S TRANSPORT is a corporation organized and existing under the laws of the State of Florida and PULVER'S TRANSPORTS principal place of business is in the City of Gibsonton within the State of Florida. (Pulver affidavit, attached as Ex. 3).

8. PULVER'S FINE FOODS, was at the time of the filing of the Complaint, and still is, a citizen of the State of Florida. PULVER'S FINE FOODS, is a privately held Florida corporation with no parent corporation having a 10% or more ownership interest. PULVER'S FINE FOODS is a corporation organized and existing under the laws of the State of Florida and

PULVER'S FINE FOODS principal place of business is in the City of Gibsonton within the State of Florida. (Pulver affidavit, attached as Ex. 3).

9. The Complaint seeks recovery in an amount in excess of $50,000.00 in both Count I and Count II of the Complaint. (See Complaint, Ex. 1).

10. Plaintiff alleges that she suffered injuries when the vehicle driven by Glenn Steven Pulver collided into the bicycle occupied by the Plaintiff in the County of Kane, State of Illinois. Plaintiff further alleges that due to Defendants' negligence, the Plaintiff suffered injuries of a personal and pecuniary nature.

11. Plaintiff has not provided exhaustive information about the extent of her injuries and while liability and damages issues will be contested, it is Defendants' good faith belief that the injuries alleged in the Complaint – injuries to head, body and limbs, both internally and externally and bodily pain and injury and mental anguish from the past and will continue in the future; along with large sums of money expended and will continue in the future to cure said injuries – place the amount in controversy in excess of $75,000.00, exclusive of interest and costs.

12. It is believed that this matter in controversy exceeds the sum or value of $75,000.00, exclusive of interests and costs, and is between citizens of different States, therefore, Defendants, GLENN STEVEN PULVER, PULVER'S TRANSPORT, INC. and PULVER'S FINE FOODS, INC., are entitled to remove said cause from the Circuit Court of Cook County, Illinois, Law Division, to the United State District Court for the Northern District of Illinois based on this Court's diversity jurisdiction.

## SERVICE AND FILING OF THIS NOTICE OF REMOVAL

13. Defendants are serving a copy of this Notice of Removal on Dana L. Faught's counsel, and Defendants are filing a copy of this Notice of Removal with the Clerk of the Circuit Court of Cook County, Illinois, on August 13, 2015, promptly after the filing of this Notice of Removal.

WHEREFORE, Defendants, GLENN STEVEN PULVER, PULVER'S TRANSPORT, INC. and PULVER'S FINE FOODS, INC., hereby remove the above-described state court proceeding into and under the jurisdiction of this Untied States District Court for the Northern District of Illinois, and request such other relief as the Court deems just and proper.

Dated: August 13, 2015

                                            Respectfully Submitted by:
                                            THE GLOOR LAW GROUP, LLC

                                    BY: /s/Steven M. Shear
                                            Attorneys for Defendants,

Steven M. Shear #6275905
Sarah K. Lickus # 6301796
THE GLOOR LAW GROUP, LLC
225 W. Wacker Drive, Suite 1800
Chicago, Illinois 60606
312/752-3700
312/752-3701 Fax

#6867366