# EXHIBIT 1

03013        yc

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| DANA L. FAUGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | No. |
| ) | |
| STEVE PULVER, PULVERS TRANSPORT, INC. ) | |
| and PULVERS FINE FOODS, INC., ) | |
| ) | |
| Defendant(s). ) | |

## COMPLAINT

### COUNT I- STEVE PULVER and PULVERS TRANSPORT, INC.

Now comes the Plaintiff, DANA L. FAUGHT, by and through her attorneys, BENJAMIN AND SHAPIRO, LTD., and complains of the Defendants, STEVE PULVER and PULVERS TRANSPORT, INC., as follows:

1. That on the 7th day of August, 2013, Broadway Street, a north and southbound public highway intersected with Center Avenue, an east and westbound public highway, both being located in the City of Aurora, County of Kane and State of Illinois.

2. That at the time and place aforesaid the Plaintiff, DANA L. FAUGHT, was the owner and operator of a bicycle in a southerly direction, along and upon said Broadway Street.

3. That at the time and place aforesaid the Defendant, STEVE PULVER, was the operator of a motor vehicle in a southerly direction, along and upon said Broadway Street.

4. That at the time and place aforesaid the Defendant, PULVERS TRANSPORT, INC., was the owner of a motor vehicle being operated in a southerly direction, along and upon said

1

Broadway Street.

5. That at all times herein mentioned the Defendant, STEVE PULVER, was the agent, in law or in fact of the Defendant, PULVERS TRANSPORT, INC.

6. That at all times herein mentioned the Defendants owed a duty to the Plaintiff to exercise reasonable care in the operation of their motor vehicle so as not to cause injury to the Plaintiff.

7. That at the time and place aforesaid the Defendants, STEVE PULVER and PULVERS TRANSPORT, INC., so negligently and unlawfully operated or controlled their motor vehicle so that as a proximate result thereof the said motor vehicle collided with great force into the bicycle occupied by the Plaintiff.

8. That at the time and place aforesaid the Defendants were then and there guilty of one or more of the following wrongful acts or omissions:

> a. Carelessly and negligently operated, managed, maintained and controlled their said motor vehicle;
>
> b. Carelessly and negligently operated their motor vehicle at a rate of speed which was greater than reasonable and proper with regard to traffic conditions and the use of the highway, or which was greater than the applicable speed limit established in violation of the Revised Statuses of the State of Illinois;
>
> c. Negligently failed to have said motor vehicle equipped with proper and sufficient brakes in violation of the Revised Statuses of the State of Illinois;
>
> d. Negligently failed to give proper warning of the approach of their said vehicle although such warning was necessary to insure the safe operation of their vehicle;
>
> e. Failed to keep a proper lookout and to stop or alter the course of their motor vehicle to avoid striking the Plaintiff.

9. That as a direct and proximate result thereof the Plaintiff, DANA L. FAUGHT, was injured in her head, body and limbs, both internally and externally and she suffered bodily pain and injury and mental anguish from then until now and will continue so to suffer in the future;

that she has expended and will in the future be compelled to expend large sums of money in endeavoring to be cured of her said injuries; and that she was required to and did expend large sums of money for the necessary repairs of the damage to her vehicle and she was further damaged by being deprived of the use of her said vehicle during the period of necessary repairs.

WHEREFORE, Plaintiff, DANA L. FAUGHT, prays this Honorable Court for Judgement against the Defendants, STEVE PULVER and PULVERS TRANSPORT, INC., in such sum of money in excess of FIFTY THOUSAND ($50,000.00) DOLLARS, which shall constitute fair and reasonable compensation for her injuries.

### COUNT II- STEVE PULVER and PULVERS FINE FOODS, INC.

Now comes the Plaintiff, DANA L. FAUGHT, by and through her attorneys, BENJAMIN AND SHAPIRO, LTD., and complains of the Defendants, STEVE PULVER and PULVERS FINE FOODS, INC., as follows:

1. That on the 7th day of August, 2013, Broadway Street, a north and southbound public highway intersected with Center Avenue, an east and westbound public highway, both being located in the City of Aurora, County of Kane and State of Illinois.

2. That at the time and place aforesaid the Plaintiff, DANA L. FAUGHT, was the owner and operator of a bicycle in a southerly direction, along and upon said Broadway Street.

3. That at the time and place aforesaid the Defendant, STEVE PULVER, was the operator of a motor vehicle in a southerly direction, along and upon said Broadway Street.

4. That at the time and place aforesaid the Defendant, PULVERS FINE FOODS, INC., was the owner of a motor vehicle being operated in a southerly direction, along and upon said

Broadway Street.

5. That at all times herein mentioned the Defendant, STEVE PULVER, was the agent, in law or in fact of the Defendant, PULVERS FINE FOODS, INC.

6. That at all times herein mentioned the Defendants owed a duty to the Plaintiff to exercise reasonable care in the operation of their motor vehicle so as not to cause injury to the Plaintiff.

7. That at the time and place aforesaid the Defendants, STEVE PULVER and PULVERS FINE FOODS, INC., so negligently and unlawfully operated or controlled their motor vehicle so that as a proximate result thereof the said motor vehicle collided with great force into the bicycle occupied by the Plaintiff.

8. That at the time and place aforesaid the Defendants were then and there guilty of one or more of the following wrongful acts or omissions:

> a. Carelessly and negligently operated, managed, maintained and controlled their said motor vehicle;
>
> b. Carelessly and negligently operated their motor vehicle at a rate of speed which was greater than reasonable and proper with regard to traffic conditions and the use of the highway, or which was greater than the applicable speed limit established in violation of the Revised Statuses of the State of Illinois;
>
> c. Negligently failed to have said motor vehicle equipped with proper and sufficient brakes in violation of the Revised Statuses of the State of Illinois;
>
> d. Negligently failed to give proper warning of the approach of their said vehicle although such warning was necessary to insure the safe operation of their vehicle;
>
> e. Failed to keep a proper lookout and to stop or alter the course of their motor vehicle to avoid striking the Plaintiff.

9. That as a direct and proximate result thereof the Plaintiff, DANA L. FAUGHT, was injured in her head, body and limbs, both internally and externally and she suffered bodily pain and injury and mental anguish from then until now and will continue so to suffer in the future;

4

that she has expended and will in the future be compelled to expend large sums of money in endeavoring to be cured of her said injuries; and that she was required to and did expend large sums of money for the necessary repairs of the damage to her vehicle and she was further damaged by being deprived of the use of her said vehicle during the period of necessary repairs.

WHEREFORE, Plaintiff, DANA L. FAUGHT, prays this Honorable Court for Judgement against the Defendants, STEVE PULVER and PULVERS FINE FOODS, INC., in such sum of money in excess of FIFTY THOUSAND ($50,000.00) DOLLARS, which shall constitute fair and reasonable compensation for her injuries.

_____
FRED I. BENJAMIN
Attorneys for Plaintiff

03013
BENJAMIN AND SHAPIRO, LTD.
180 North LaSalle Street, Suite 2600
Chicago, Illinois, 60601
Phone: (312) 641-5944

5

03013          yc

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| DANA L. FAUGHT, | ) |
|       Plaintiff, | ) |
| Vs. | ) No. |
| STEVE PULVER, PULVERS TRANSPORT, INC. and PULVERS FINE FOODS, INC., | ) |
|       Defendant(s). | ) |

## AFFIDAVIT

The undersigned, one of the Attorneys for the Plaintiffs herein, states that this is a civil action seeking money damages in excess of FIFTY THOUSAND ($50,000.00) DOLLARS.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes that same to be true.

*[signature]*
FRED I. BENJAMIN
Attorneys for Plaintiffs

03013
BENJAMIN AND SHAPIRO, LTD.
180 North LaSalle Street, Suite 2600
Chicago, Illinois, 60601
Phone: (312) 641-5944

03013        yc

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | | |
|---|---|---|---|
| DANA L. FAUGHT, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| Vs. | ) | No. | 2015L007190<br>CALENDAR/ROOM E<br>TIME 00:00<br>PI Motor Vehicle |
| | ) | | |
| STEVE PULVER, PULVERS TRANSPORT, INC. | ) | | |
| and PULVERS FINE FOODS, INC., | ) | | |
| | ) | | |
| Defendant(s). | ) | | |

**Steve Pulver:**       C/o Secretary of State of Illinois, 7009 Nundy Avenue, Gibsonton, FL, 33534

**Pulvers Transport, Inc.**       C/o Secretary of State of Illinois, c/o Teresa Pulver, Registered Agent, 7009 Nundy Avenue, Gibsonton, FL, 33534

**Pulvers Fine Foods, Inc.**       C/o Secretary of State of Illinois, c/o Glenn Pulver, Registered Agent, 7009 Nundy Avenue, Gibsonton, FL, 33534

<u>SUMMONS</u>

**TO EACH DEFENDANT:**

YOU ARE SUMMONED and required to file an answer in this case or otherwise file your appearance in the office of the Clerk of this Court located in the Richard J. Daley Center, Room **801**, Chicago, Illinois, within thirty (30) days after service of this Summons, not counting the day of service. *IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS ATTACHED HERETO.*

TO THE OFFICER:

This summons must be returned by the officer or person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

WITNESS _____, 2015

_____
CLERK OF THE COURT

03013
BENJAMIN AND SHAPIRO, LTD.
Attorneys for the Plaintiff
180 North LaSalle Street
Chicago, Illinois 60601
Phone: (312) 641-5944

DATE OF SERVICE: _____
(To be inserted on copy left with Defendant or other person)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY**