# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Dana L. Faught

                               Plaintiff,

v.                                                    Case No.: 1:15−cv−07105
                                                              Honorable Robert W. Gettleman

Glenn Steven Pulver, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 26, 2017:

      MINUTE entry before the Honorable Robert W. Gettleman: Jury trial resumed and completed on 4/26/2017. Defendants' oral motion for directed verdict is denied. Jury deliberations commenced and concluded. Jury returns its verdict finding in favor of defendant. Jury discharged. Enter judgment on the verdict. Civil case terminated. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.